

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-90,618-04, WR-90,618-05 & WR-90,618-06

### EX PARTE MOHSIN MAZHAR SYED, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. CR49672-B, CR49872-B, & CR49396-B
### IN THE 238TH DISTRICT COURT FROM MIDLAND COUNTY

*Per curiam.* KELLER, P.J. filed a dissenting opinion in which YEARY and KEEL, JJ. joined.

## O P I N I O N

Applicant was convicted of sexual assault and sentenced to twelve years' imprisonment in each of these cause numbers. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The Court received these writ applications on April 6, 2022. Applicant alleges that prosecutor Ralph Petty was working both as a prosecutor on his case and as a judicial legal clerk at the time of his trial. On March 15, 2023, this Court denied and dismissed the

applications with a written order. However, the Court has since decided that the appearance of impropriety entitled applicants in this situation to relief. *Ex parte Lewis*, No. WR-94,237-01 (Tex. Crim. App. May 8, 2024).

After reconsideration on its own motion, the Court withdraws the previous order entered in these applications and substitutes this opinion. Applicant is entitled to relief.

Relief is granted. The judgments in cause numbers CR49672, CR49872, & CR49396 in the 238th District Court of Midland County are set aside, and Applicant is remanded to the custody of the Sheriff of Midland County to answer the charges as set out in the indictments. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate. Copies of this opinion shall be sent to the Texas Department of Criminal Justice – Correctional Institutions Division and the Board of Pardons and Paroles.


Delivered: August 21, 2024

Do not publish